UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CHAKATA BARNES on behalf of S.K.** | **CIVIL ACTION** |
| **VERSUS** | **NO: 12-2209-JCZ-SS** |
| **CAROLYN W. COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION** | |

### REPORT AND RECOMMENDATION

Before the undersigned is the application of the plaintiff, Chakata Barnes on behalf of her minor child, S.K., for attorneys fees. The application is made pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412. The plaintiff seeks an award of $6,966.90 in attorney's fees. The defendant, Carolyn W. Colvin, Acting Commissioner of Social Security Administration, does not oppose the application. Rec. doc. 26.

### RECOMMENDATION

It is RECOMMENDED that the application of the plaintiff, Chakata Barnes on behalf of her minor child, S.K., for attorneys fees and costs (Rec. doc. 24) be GRANTED and that she be awarded $6,966.90 as attorney's fees.

### OBJECTIONS

A party's failure to file written objections to the proposed findings, conclusions, and recommendation in a magistrate judge's report and recommendation within fourteen (14) days after being served with a copy shall bar that party, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the district

court, provided that the party has been served with notice that such consequences will result from a failure to object.  Douglass v. USAA, 79 F.3d 1415, 1430 (5th Cir. 1996) (*en banc*).

New Orleans, Louisiana, this 19th day of August, 2013.

                                        **SALLY SHUSHAN**
                                  **United States Magistrate Judge**